ALBERT W. PROSS et al., as Successor Trustees under a Deed of Trust Made by MABEL E. F. ANSON, Respondents, *v.* HELEN F. ANSON, an Infant, by WILLARD B. VANDER VOORT, Her Guardian ad Litem, et al., Respondents; ALEXANDER HALPERN, as Successor Trustee under the Will of MABEL E. F. ANSON, Deceased, Appellant, and WASHINGTON UNIVERSITY, Appellant and Respondent.

Submitted October 21, 1948; decided November 24, 1948.

*Alexander Halpern,* as successor trustee, for himself as appellant in person.

*Willard B. Vander Voort* and *Horace E. Whiteside* for Helen F. Anson, respondent.

*Ralph Bernstein* for Title Guarantee and Trust Company, as guardian of Helen F. Anson, respondent.

*George W. Cornell* for Washington University, appellant and respondent.

Judgment affirmed, with costs to all parties appearing separately and filing briefs payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.